| | | |
|---|---|---|
| GENE ROSS CLARDY<br>64 A ROY RD<br>LUMBERTON, MS 39455 | CONCORA CREDIT<br>P.O. BOX 449<br>BEAVERTON, OR 97076 | KIA MOTORS FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 927 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | DOUGLAS MILLER<br>804 MAIN ST<br>PURVIS, MS 39475 | KIMBERLY GUY<br>C/O BARRON MCSWAIN<br>533 OLD RICHTON RD<br>PETAL, MS 39465 |
| 1ST FRANKLIN<br>6335 US HWY 49<br> SUITE 20<br>HATTIESBURG, MS 39401 | FIRST FRANKLIN<br>6335 US 49<br>SUITE 20<br>HATTIESBURG, MS 39401 | MARGUERITE COLEY<br>C/O BARRON MCSWAIN<br>533 OLD RICHTON RD<br>PETAL, MS 39465 |
| ACIMA CREDIT<br>13907 MINUTEMAN DR<br>5TH FLOOR<br>DRAPER, UT 84020 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 |
| ADVANCE AMERICA<br>111 HARDY COURT SHOPPI<br>GULFPORT, MS 39507 | FIRST SAVINGS BANK<br>ATTN: BANKRUPTCY<br>P.O. BOX 5019<br>SIOUX FALLS, SD 57117 | MARY ANDREWS<br>70 ROY RD<br>LUMBERTON, MS 39455 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br> FL 12<br>SAN FRANCISCO, CA 94108 | GENESIS FS CARD SERV<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | OAKGROVECR<br>5266 OLD HWY 11<br>SUITE 130<br>HATTIESBURG, MS 39402 |
| AVANT<br>222 NORTH LASALLE ST<br>SUITE 1600<br>CHICAGO, IL 60601 | GM FINANCIAL<br>801 CHERRY STREET<br>STE. 3600<br>FORT WORTH, TX 76102 | SNAP RTO LLC<br>P.O. BOX 26561<br>SALT LAKE CIT, UT 84126 |
| CENTURYFST<br>3318 HARDY STREET<br>HATTIESBURG, MS 39401 | HATTIESBURG CLINIC<br>415 SOUTH 28TH AVE<br>HATTIESBURG, MS 39401 | SUNBIT FINANCIAL<br>ATTN: BANKRUPTCY<br>10880 WILSHIRE BLV<br>SUITE 870<br>LOS ANGELES, CA 90024 |
| CITIZENS BANK<br>24 PINE ST<br>SEBASTOPOL, MS 39359 | HEIGHTS FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX1947<br>GREENVILLE, SC 29601 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |

```
VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS, MO 63304

WORLD FINANCE CORP
ATTN: BANKRUPTCY
PO BOX 6429
GREENVILLE, SC 29606
```