## Proceeding Minutes / Proceeding Memo

**Case #:** 25-50962  **Case Name:** Gene Ross Clardy

**Set:** 10/16/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)