UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Bankr. Case No. 25-50962-KMS-13

Gene Ross Clardy  Chapter 13

Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By /s/  Mandy Youngblood

 Mandy Youngblood
 PO Box 183853
 Arlington, TX  76096
 877-203-5538
 877-259-6417
 Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                          Bankr. Case No. 25-50962-KMS-13

Gene Ross Clardy                                                                    Chapter 13

      Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on September 13, 2025 :

| | |
|---|---|
| Thomas Carl Rollins, Jr | Warren A. Cuntz Jr. |
| PO BOX 13767 | P. O. Box 3749 |
| Jackson, MS 39236 | Gulfport, MS 39505-3749 |

By  /s/  Mandy Youngblood
      Mandy Youngblood

xxxxx97230 / 1115849