___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Gene Ross Clardy, Debtor | Case No. 25-50962-KMS |
| | CHAPTER 13 |

### AGREED ORDER GRANTING STAY RELIEF

This matter is before the Court, the Court has been informed that Marguerite Coley and Kimberly Guy, Creditors, and Gene Ross Clardy, Debtor, have reached an agreement to lift the stay to pursue the State Court Action Case No. 24-CV-00244-S in the Chancery Court of Pearl River County, MS. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to 11 U.S.C. § 362(a), the automatic stay, if any, is modified for cause (see 11 U.S.C. § 362(a), (b), (c)) to allow an action to proceed in the Chancery Court of Pearl River County, Mississippi ("Chancery Court") with respect to the State Court Action number Case No. 24-CV-00244-S to determine Specific Performance, Fraud, Unjust Enrichment, and Conversion.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** (i) Any judgment obtained in the State Court Action will not be enforced against property of the bankruptcy estate without further order of this Court and (ii) The State Court Action will be limited to liquidating the claim and determining liability.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the attorney for the Debtor shall hereby serve a copy of this order within 14 days of entry to all parties affected by the order.

#END OF ORDER#

AGREED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Attorney for Defendant

/s/ Barron McSwain
Barron Mcswain (MSBN 2812)
Attorney for Plaintiffs
533 Old Richton Rd.
Petal, MS 39465
601-544-2131
barronmcswain@att.net