United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re:<br>Gene Ross Clardy<br>    Debtor | Case No. 25-50962-KMS<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Nov 19, 2025 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gene Ross Clardy, 64 A Roy Rd, Lumberton, MS 39455-9694 |
| 5530122 | + | Kimberly Guy, c/o Barron McSwain, 533 Old Richton Rd, Petal, MS 39465-2919 |
| 5530123 | + | Marguerite Coley, c/o Barron McSwain, 533 Old Richton Rd, Petal, MS 39465-2919 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barron McSwain | on behalf of Plaintiff Marguerite Coley barronmcswain@att.net |
| Barron McSwain | on behalf of Plaintiff Kimberly Guy barronmcswain@att.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Gene Ross Clardy trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Defendant Gene Ross Clardy trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 19, 2025 | Form ID: pdf012 | Total Noticed: 3 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Gene Ross Clardy, Debtor                          Case No. 25-50962-KMS
                                                            CHAPTER 13

## AGREED ORDER GRANTING STAY RELIEF

This matter is before the Court, the Court has been informed that Marguerite Coley and Kimberly Guy, Creditors, and Gene Ross Clardy, Debtor, have reached an agreement to lift the stay to pursue the State Court Action Case No. 24-CV-00244-S in the Chancery Court of Pearl River County, MS. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to 11 U.S.C. § 362(a), the automatic stay, if any, is modified for cause (see 11 U.S.C. § 362(a), (b), (c)) to allow an action to proceed in the Chancery Court of Pearl River County, Mississippi ("Chancery Court") with respect to the State Court Action number Case No. 24-CV-00244-S to determine Specific Performance, Fraud, Unjust Enrichment, and Conversion.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** (i) Any judgment obtained in the State Court Action will not be enforced against property of the bankruptcy estate without further order of this Court and (ii) The State Court Action will be limited to liquidating the claim and determining liability.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the attorney for the Debtor shall hereby serve a copy of this order within 14 days of entry to all parties affected by the order.

#END OF ORDER#

AGREED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Attorney for Defendant

/s/ Barron McSwain
Barron Mcswain (MSBN 2812)
Attorney for Plaintiffs
533 Old Richton Rd.
Petal, MS 39465
601-544-2131
barronmcswain@att.net