United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50962-KMS |
| Gene Ross Clardy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Nov 20, 2025 | Form ID: n031 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gene Ross Clardy, 64 A Roy Rd, Lumberton, MS 39455-9694 |
| 5530111 | | Citizens Bank, 24 Pine St, Sebastopol, MS 39359 |
| 5530112 | + | Concora Credit, P.O. Box 449, Beaverton, OR 97075 |
| 5530113 | + | Douglas Miller, 804 Main St, Purvis, MS 39475-5400 |
| 5530114 | | First Franklin, 6335 US 49, Suite 20, Hattiesburg, MS 39401 |
| 5530121 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5530122 | + | Kimberly Guy, c/o Barron McSwain, 533 Old Richton Rd, Petal, MS 39465-2919 |
| 5530123 | + | Marguerite Coley, c/o Barron McSwain, 533 Old Richton Rd, Petal, MS 39465-2919 |
| 5530125 | + | Mary Andrews, 70 Roy Rd, Lumberton, MS 39455-9694 |
| 5530126 | + | Oak Grove Credit LLC, 5266 Old Highway 11, Ste 130, Hattiesburg, MS 39402-7820 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 20 2025 19:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5530105 | | Email/Text: bankruptcy@1ffc.com | Nov 20 2025 19:28:00 | 1st Franklin, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5532201 | + | Email/Text: bankruptcy@1ffc.com | Nov 20 2025 19:28:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5530106 | + | Email/Text: bankruptcy@acima.com | Nov 20 2025 19:28:00 | Acima Credit, 13907 Minuteman Dr, 5th Floor, Draper, UT 84020-9869 |
| 5530107 | + | Email/Text: bnc@teampurpose.com | Nov 20 2025 19:28:00 | Advance America, 111 Hardy Court Shoppi, Gulfport, MS 39507-2528 |
| 5533246 | + | Email/Text: bnc@teampurpose.com | Nov 20 2025 19:28:00 | Advance America, Cash Advance Centers of MS, LLC, Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 5530108 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 20 2025 19:30:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5546668 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 19:30:03 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531861 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 20 2025 19:28:00 | AmeriCredit Financial Services, Inc. dba, GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 5530109 | + | Email/Text: bk@avant.com | Nov 20 2025 19:28:00 | Avant, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5532436 | | Email/Text: bankruptcy@centuryfirstfcu.com | Nov 20 2025 19:28:00 | CenturyFirst Federal Credit Union, 3318 Hardy Street, Hattiesburg MS 39401 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5530110 | | Email/Text: bankruptcy@centuryfirstfcu.com | Nov 20 2025 19:28:00 | Centuryfst, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5530116 | | Email/Text: BNSFS@capitalsvcs.com | Nov 20 2025 19:28:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5534482 | + | Email/Text: bankruptcy@curo.com | Nov 20 2025 19:28:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5530115 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 20 2025 19:30:07 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5559289 | + | Email/Text: bankruptcy@towerloan.com | Nov 20 2025 19:28:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5530117 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 20 2025 19:28:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5530118 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 20 2025 19:28:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5530119 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Nov 20 2025 19:28:07 | Hattiesburg Clinic, PA, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5530120 | + | Email/Text: bankruptcy@curo.com | Nov 20 2025 19:28:00 | Heights Finance, Attn: Bankruptcy, Po Box1947, Greenville, SC 29602-1947 |
| 5555691 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 20 2025 19:28:00 | Hyundai Capital America (HCA), DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5547482 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2025 19:28:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5530124 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 20 2025 19:28:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5562215 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 20 2025 19:28:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5534404 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2025 19:28:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5530127 | | Email/Text: bankruptcy@snapfinance.com | Nov 20 2025 19:28:00 | Snap RTO LLC, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 5557645 | + | Email/Text: bncmail@w-legal.com | Nov 20 2025 19:28:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5530128 | | ^ MEBN | Nov 20 2025 19:26:13 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv, Suite 870, Los Angeles, CA 90024-4109 |
| 5530129 | | Email/Text: bankruptcy@towerloan.com | Nov 20 2025 19:28:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5557137 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2025 19:30:07 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5530130 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 20 2025 19:28:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5542119 | + | Email/Text: bk@worldacceptance.com | Nov 20 2025 19:28:03 | World Finance Company of Mississippi, LLC, Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 5530131 | + | Email/Text: bk@worldacceptance.com | Nov 20 2025 19:28:03 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 33

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: n031 | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5579243 | *+ | AmeriCredit Financial Services, Inc. dba, GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 5579244 | *+ | AmeriCredit Financial Services, Inc. dba, GM Financial, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barron McSwain | on behalf of Plaintiff Marguerite Coley barronmcswain@att.net |
| Barron McSwain | on behalf of Plaintiff Kimberly Guy barronmcswain@att.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Gene Ross Clardy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Defendant Gene Ross Clardy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50962−KMS
**Chapter:** 13

**In re:**

Gene Ross Clardy
64 A Roy Rd
Lumberton, MS 39455

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on November 20, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: November 20, 2025            Danny L. Miller, Clerk of Court