_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Gene Ross Clardy, Debtor                              Case No. 25-50962-KMS
                                                                                        CHAPTER 13

### AGREED ORDER GRANTING STAY RELIEF

This matter is before the Court, the Court has been informed that Marguerite Coley and Kimberly Guy, Creditors, and Gene Ross Clardy, Debtor, have reached an agreement to lift the stay to pursue the State Court Action Case No. 24-CV-00244-S in the Chancery Court of Pearl River County, MS. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to 11 U.S.C. § 362(a), the automatic stay, if any, is modified for cause (see 11 U.S.C. § 362(a), (b), (c)) to allow an action to proceed in the Chancery Court of Pearl River County, Mississippi ("Chancery Court") with respect to the State Court Action number Case No. 24-CV-00244-S to determine Specific Performance, Fraud, Unjust Enrichment, and Conversion.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** (i) Any judgment obtained in the State Court Action will not be enforced against property of the bankruptcy estate without further order of this Court and (ii) The State Court Action will be limited to liquidating the claim and determining liability.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the attorney for the Debtor shall hereby serve a copy of this order within 14 days of entry to all parties affected by the order.

#END OF ORDER#

AGREED BY:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Barron McSwain |
| Thomas C. Rollins, Jr. (MSBN 103469) | Barron Mcswain (MSBN 2812) |
| Jennifer A Curry Calvillo (MSBN 104367) | Attorney for Plaintiffs |
| The Rollins Law Firm, PLLC | 533 Old Richton Rd. |
| P.O. Box 13767 | Petal, MS 39465 |
| Jackson, MS 39236 | 601-544-2131 |
| Attorney for Defendant | barronmcswain@att.net |

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Agreed Order was forwarded on November 21, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

    Gene Clardy
    64 A Roy Rd
    Lumberton, MS 39455

By Electronic CM/ECF Notice:

    Thomas C. Rollins, Jr.
    Attorney for Debtor

    Barron McSwain
    Attorney for Creditors

    Chapter 13 Case Trustee

    U.S. Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50962-KMS |
|---|---|
| GENE ROSS CLARDY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/21/2025, I did cause a copy of the following documents, described below,

AO Granting Stay Relief

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>GENE ROSS CLARDY | CASE NO: 25-50962-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 11/21/2025, a copy of the following documents, described below,

AO Granting Stay Relief

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2025

_/s/ Miles Wood_
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                                         CASE INFO

GENE CLARDY                                          LABEL MATRIX FOR LOCAL NOTICING          AMERICREDIT FINANCIAL SERVICES  INC DBA GM
64 A ROY RD                                         NCRS ADDRESS DOWNLOAD                    PO BOX 183853
LUMBERTON MS 39455                                  CASE 25-50962-KMS                        ARLINGTON  TX 76096-3853
                                                    SOUTHERN DISTRICT OF MISSISSIPPI
                                                    FRI NOV 21 11-45-56 PST 2025



EXCLUDE

US BANKRUPTCY COURT                                 1ST FRANKLIN                             1ST FRANKLIN FINANCIAL CORPORATION
DAN M RUSSELL  JR US COURTHOUSE                     6335 US HWY 49                           ATTN ADMIN SERVICES
2012 15TH STREET  SUITE 244                         SUITE 20                                 PO BOX 880
GULFPORT  MS 39501-2036                             HATTIESBURG  MS 39401                    TOCCOA GA 30577-0880




ACIMA CREDIT                                        ADVANCE AMERICA                          ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS
13907 MINUTEMAN DR                                  111 HARDY COURT SHOPPI                   PURPOSE FINANCIAL  INC
5TH FLOOR                                           GULFPORT  MS 39507-2528                  PO BOX 3058
DRAPER  UT 84020-9869                                                                        SPARTANBURG  SC 29304-3058




AFFIRM  INC                                         AFFIRM  INC                              AMERICREDIT FINANCIAL SERVICES  INC DBA
ATTN BANKRUPTCY                                     RESURGENT CAPITAL SERVICES               GM FINANCIAL
650 CALIFORNIA ST                                   PO BOX 10587                             PO BOX 183853
FL 12                                               GREENVILLE  SC 29603-0587                ARLINGTON  TX 76096-3853
SAN FRANCISCO  CA 94108-2716



EXCLUDE

(D)AMERICREDIT FINANCIAL SERVICES  INC DBA          AVANT                                    (P)CENTURYFIRST FEDERAL CREDIT UNION
GM FINANCIAL                                        222 NORTH LASALLE ST                     3318 HARDY STREET
PO BOX 183853                                       SUITE 1600                               HATTIESBURG MS 39401-6962
ARLINGTON  TX 76096-3853                            CHICAGO  IL 60601-1112



EXCLUDE

(D)(P)CENTURYFIRST FEDERAL CREDIT UNION             CITIZENS BANK                            CONCORA CREDIT
3318 HARDY STREET                                   24 PINE ST                               PO BOX 449
HATTIESBURG MS 39401-6962                           SEBASTOPOL  MS 39359                     BEAVERTON  OR 97075




DOUGLAS MILLER                                      FIRST FRANKLIN                           FIRST HERITAGE
804 MAIN ST                                         6335 US 49                               101 N MAIN ST STE 600
PURVIS  MS 39475-5400                               SUITE 20                                 GREENVILLE  SOUTH CAROLINA 29601-4846
                                                    HATTIESBURG  MS 39401




FIRST PREMIER BANK                                  (P)FIRST SAVINGS BANK                    FIRST TOWER LOAN  LLC
3820 N LOUISE AVE                                   ATTN BANKRUPTCY                          PO BOX 320001
SIOUX FALLS  SD 57107-0145                          1500 S HIGHLINE AVE                      FLOWOOD  MS 39232-0001
                                                    SIOUX FALLS SD 57110-1003




GENESIS FS CARD SERV                                GM FINANCIAL                             HATTIESBURG CLINIC  PA
ATTN BANKRUPTCY                                     801 CHERRY STREET                        415 S 28TH AVE
PO BOX 4477                                         STE 3600                                 HATTIESBURG  MS 39401-7283
BEAVERTON  OR 97076-4401                            FORT WORTH  TX 76102-6855
```

```
HEIGHTS FINANCE                         HYUNDAI CAPITAL AMERICA (HCA)          (P)JEFFERSON CAPITAL SYSTEMS LLC
ATTN BANKRUPTCY                         DBA KIA FINANCE AMERICA                PO BOX 7999
PO BOX1947                              PO BOX 20825                           SAINT CLOUD MN 56302-7999
GREENVILLE   SC 29602-1947              FOUNTAIN VALLEY   CA 92728-0825


KIA MOTORS FINANCE                      KIMBERLY GUY                           MARGUERITE COLEY
ATTN BANKRUPTCY                         CO BARRON MCSWAIN                      CO BARRON MCSWAIN
PO BOX 20825                            533 OLD RICHTON RD                     533 OLD RICHTON RD
FOUNTAIN VALLEY   CA 92728-0825         PETAL   MS 39465-2919                  PETAL   MS 39465-2919


MARINER FINANCE                         MARINER FINANCE                        MARY ANDREWS
8211 TOWN CENTER DR                     ATTN BANKRUPTCY                        70 ROY RD
NOTTINGHAM   MD 21236-5904              8211 TOWN CENTER DR                    LUMBERTON   MS 39455-9694
                                        NOTTINGHAM   MD 21236-5904


OAK GROVE CREDIT LLC                    QUANTUM3 GROUP LLC AS AGENT FOR        SCOLOPAX   LLC
5266 OLD HIGHWAY 11                     CONCORA CREDIT INC                     CO WEINSTEIN   RILEY   PS
STE 130                                 PO BOX 788                             749 GATEWAY   SUITE G-601
HATTIESBURG   MS 39402-7820             KIRKLAND   WA   98083-0788             ABILENE   TX 79602-1196


(P)SNAP FINANCE                         SUNBIT FINANCIAL                       (P)TOWER LOAN
PO BOX 26561                            ATTN BANKRUPTCY                        P O BOX 320001
SALT LAKE CITY UT 84126-0561            10880 WILSHIRE BLV                     FLOWOOD MS 39232-0001
                                        SUITE 870
                                        LOS ANGELES   CA 90024-4109


EXCLUDE

UNITED STATES TRUSTEE                   VERIZON                                VERIZON WIRELESS
501 EAST COURT STREET                   BY AIS INFOSOURCE LP AS AGENT          ATTN BANKRUPTCY
SUITE 6-430                             4515 N SANTA FE AVE                    500 TECHNOLOGY DR
JACKSON   MS 39201-5022                 OKLAHOMA CITY   OK 73118-7901          STE 599
                                                                               WELDON SPRINGS   MO 63304-2225


                                                                               DEBTOR

WORLD FINANCE COMPANY OF MISSISSIPPI   LLC    WORLD FINANCE CORP               GENE ROSS CLARDY
ATTN BANKRUPTCY PROCESSING CENTER       ATTN BANKRUPTCY                        64 A ROY RD
PO BOX 6429                             PO BOX 6429                            LUMBERTON   MS 39455-9694
GREENVILLE   SC 29606-6429              GREENVILLE   SC 29606-6429


EXCLUDE                                 EXCLUDE

THOMAS CARL ROLLINS JR                  (P)WARREN A   CUNTZ  II JR
THE ROLLINS LAW FIRM   PLLC             PO BOX 3749
PO BOX 13767                            GULFPORT MS 39505-3749
JACKSON   MS 39236-3767
```